IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                               12-cv-119-bbc

UNITED STATES OF AMERICA and
SEROQUEL ASTRAZENECAUS,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____      5/09/12
Peter Oppeneer, Clerk of Court                   Date