IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

              Plaintiff,              ORDER

    v.              12-cv-119-bbc

UNITED STATES OF AMERICA and
SEROQUEL ASTRAZENECAUS,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

              Plaintiff,              ORDER

    v.              12-cv-191-bbc

IVAX PHARMACEUTICAL,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

              Plaintiff,              ORDER

    v.              12-cv-224-bbc

WALGREENS CO. and LUPIN PHARMACEUTICAL,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

              Plaintiff,              ORDER

    v.

ADVIAR, BOEHRINGER INGEL HEIM,       12-cv-276-bbc
FLOVENT, SINGULAIR MSD,
WARRICK BACHERING, XOPENX,
N.H. BOARD MEDICAL PRACTICE and
VT. MEDICAL BOARD PRACTICE,

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

    Plaintiff,        ORDER
 v.

JUDGE CRABB and FLOWVENT,       12-cv-277-bbc

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

    Plaintiff,        ORDER
 v.

US ATTORNEY GENERAL,        12-cv-278-bbc

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,
    Plaintiff,        ORDER
 v.
                 12-cv-308-bbc
WISCONSIN STATE MEDICAL BOARD,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,
    Plaintiff,        ORDER
 v.
                 12-cv-309-bbc
JAMES GOODSETT, PAUL HICKS,
PHILIP KURLEY, GUPTA PANKHA,
ROD PETERSON, DR. ROWE,

JAMES SEHLOFF and L. WILLIAMS,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

        Plaintiff,                ORDER

   v.

                                  12-cv-310-bbc

FLOWVENT,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

        Plaintiff,                ORDER

   v.

                                  12-cv-315-bbc

SOCIAL SECURITY,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

        Plaintiff,                ORDER

   v.

                                  12-cv-316-bbc

JUDGE URBAN,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTINE PORTER,

        Plaintiff,                ORDER

   v.

                                  12-cv-317-bbc

DR. JANJOUR, DR. KINCK,
DR. L. WILLIAMS, DR. WILK and
DR. BEDEKAR,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In a May 9, 2012 order, I dismissed each of the above-captioned cases filed by plaintiff Christine Porter because each complaint failed to properly state claims upon which relief could be granted in federal court. Also, to avoid further waste of judicial resources, I

directed the clerk of court to route directly to chambers without docketing any further pleadings plaintiff files in this court in order to verify whether they are comprehensible and raise claims that could be heard in this court. Now plaintiff has filed a motion to reopen the cases that states in its entirety, "Motion to reopen show me where one, drug is not toxic." As with plaintiff's other filings, the motion is borderline unintelligible and must be denied. Rather than continue to file complaints and motions with no chance of success, I strongly encourage plaintiff to seek the aid of counsel to assist her in her future legal endeavors.

ORDER

IT IS ORDERED that plaintiff Christine Porter's motion to reopen the above-captioned cases is DENIED.

Entered this 11th day of June, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge